# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTINE DONNA JONES,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.

Case No. 2:15-cv-1454-LDG-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on July 29, 2015. Defendant filed its Answer (#2) on July 29, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **September 28, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 17th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge